UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUMEI AN,<br><br>    Plaintiff,<br><br>v.<br><br>SIMON PROPERTY GROUP,<br><br>    Defendant. | Case No. 17-cv-04576-SK<br><br>**ORDER REMANDING CASE TO STATE COURT**<br><br>Regarding Docket Nos. 6, 13 |

Pursuant to the stipulation of the Plaintiff Yumei An and Defendant Simon Management Associates II, LLC, in which the Plaintiff agrees to withdraw the motion to remand and for attorney's fees (Dkt. No. 6) and the parties stipulate to action back to state court (Dkt. No 13), the Court HEREBY REMANDS this case back to the Superior Court of California, County of Alameda, originally filed as Case No. RG17865187.

**IT IS SO ORDERED**.

Dated: October 20, 2017

SALLIE KIM
United States Magistrate Judge